SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR # 263326)
SAGARIA LAW, P.C.
2033 Gateway Place, Fifth Floor
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 4

| | |
|---|---|
| In Re: | Case No.: 14-41863-RLE |
| **JODI MICHELLE RIVARD,** | Chapter 13 |
| Debtor. | **DEBTORS' OPPOSITION TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING** |
| | HEARING REQUESTED |
| | Date:<br>Time:<br>Judge: Hon. Judge Efremsky<br>Crtrm: 201<br>Location: 1300 Clay Street<br>Oakland, California |

In her moving papers, the standing Chapter 13 Trustee moves to dismiss this case based on the Debtor's alleged failure to make plan payments. Trustee alleged that the debtor was in default for one month's payment. On October 17, 2014 Debtor mailed the Trustee a money order for $880.00, which brings her current through October 2014. Once that payment posts to the Trustee's account, Debtor will be current on payments to the trustee.

For the foregoing reasons Debtors request that the Trustee's motion be denied or the matter set for hearing.

**SAGARIA LAW, P.C.**

Dated: October 23, 2014            By:    */s/ Elliot Gale*

Elliot Gale
Attorneys for Debtors